# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

BRIDGETTE S MAURY
SHERROD P MAURY

Case No. 11-00847

Chapter 13

DEBTOR(S),

Judge Donald R. Cassling

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE FILED ON 07/14/2014 AND ENTERED IN CLAIMS REGISTER #7 AS DOC

**TO:**   Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Bridgette S Maury and Sherrod P Maury, Debtor(s), 1S120 Addison Ave, Lombard,   60148
Patrick Semrad, Attorney for Debtor(s) - 20 S Clark St 28th Floor, Chicago, IL 60603 by electronic notice through ECF

You are hereby notified that creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, withdraws its Response to Notice of Final Cure filed on 07/14/2014 and entered in Claims Register #7 as doc, as it was filed in error.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on July 17, 2014 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 P.M. on the July 17, 2014.

Christopher J. Stasko ARDC#6256720
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-10-18360)**
NOTE: This law firm is deemed to be a debt collector.